ELLIS GARROW, Appellant, *v.* PASQUALE LOMIO et al., Respondents.

Supreme Court, Appellate Term, First Department, October 21, 1954.

*Vincent A. Bochicchio* for appellant.

*James F. Reynolds* and *Richard H. Thomas* for respondents.

*Per Curiam.* Rule 121-a of the Rules of Civil Practice and cases dealing with the taking of testimony before trial have no bearing upon a motion for a physical examination of a plaintiff in an action to recover for personal injuries. A physical

examination may be had under section 306 of the Civil Practice Act in such actions when the defendant " is ignorant of the nature and extent of the injuries complained of ".  The General Construction Law (§ 37-a) provides that an action for personal injuries includes an action for assault.

The order should be affirmed, with $10 costs and disbursements.

EDER, HECHT and SCHREIBER, JJ., concur.

Order affirmed, etc.